UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 26-MJ-5 (DJF)

IN RE SEARCH WARRANT          **NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

Matthew D. Forbes

Dated:  June 17, 2026                    Respectfully submitted,

                                         DANIEL N. ROSEN
                                         United States Attorney

                                         *s/ Matthew D. Forbes*
                                    BY:  Matthew D. Forbes
                                         Assistant U.S. Attorney
                                         600 U.S. Courthouse
                                         300 S. 4th Street
                                         Minneapolis, MN 55415
                                         Attorney reg: NY5664354
                                         matthew.forbes@usdoj.gov
                                         (612) 664-5600